```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 03 B 48522
   KONRAD JAWORSKI
   WIESLAWA JAWORSKI                      CHAPTER 13

                                          JUDGE: BRUCE W BLACK

       Debtor
   SSN XXX-XX-7679    SSN XXX-XX-5947
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/01/03 and confirmed on 03/03/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 47748.74 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 17546.24 | .00 | 17546.24 |
| MID AMERICA BANK | SECURED | .00 | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | SECURED | 3928.87 | 644.20 | 3928.87 |
| AMERICAN HONDA FINANCE C | SECURED | 6672.55 | .00 | 6672.55 |
| AIR CONCEPTS INC | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 211.40 | .00 | 211.40 |
| ROUNDUP FUNDING LLC | UNSECURED | 11901.54 | .00 | 11901.54 |
| CARSON PIRIE SCOTT | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 2460.02 | .00 | 2460.02 |
| DUPAGE PATHOLOGY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE PATHOLOGY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| HARLEM FURNITURE | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| NEO PED ADVOCATE SC | UNSECURED | NOT FILED | .00 | .00 |
| SUMMIT DIGESTIVE & LIVER | UNSECURED | 780.64 | .00 | 780.64 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 331.67 | .00 | 331.67 |
| WOMENS HEALTH CONSULTANT | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 28147.66 | .00 | 15685.27 | .00 | 43832.93 |
| PRINCIPAL PAID | 28147.66 | .00 | 15685.27 | .00 | 43832.93 |
| INTEREST PAID | 644.20 | .00 | .00 | .00 | 644.20 |

```
TOTAL PAID              28791.86          .00      15685.27            .00      44477.13
```

The Debtor's attorney, POLLOCK BETTEN LEGAL SERVICES , was allowed $   2200.00 and was paid $   1000.00  direct and $   1200.00  through the plan.

The Trustee received $    2071.61 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/09/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE